NAME OF THE COURT

| | | |
|---|---|---|
| USA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case number: _____ |
| DEFENDANT'S NAME(S), | § § § | |
| Defendant. | § § | |

**<u>TITLE OF DOCUMENT</u>**

                                      Signature of Attorney/Party
                                      Signature block of Attorney/Party