**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JANE DOE**                                                                               **PLAINTIFF**

**v.**                                              **No. 3:23-CV-00014-MPM-RP**

**JOHN DOE**                                                          **DEFENDANT**

**<u>ORDER</u>**

This cause comes before the Court on Defendant Security Credit Services LLC's ("Security") Motion to Dismiss [12] for failure to state a claim upon which relief may be granted under Rule 12(b)(6). The self-represented plaintiff, Cheynne Chong, has responded in opposition to the motion [18]. For the reasons set forth below, the defendant's motion is granted, and the case will be dismissed without prejudice.